**FILED**

MAY - 3 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA ET AL,<br><br>Plaintiff(s),<br><br>v.<br><br>NORTHERN CALIFORNIA INSTITUTE FOR RESEARCH AND EDUCATION, INC.,<br><br>Defendant(s). | No. C 05-05437 MHP<br><br>**ORDER TO SHOW CAUSE** |

On May 1, 2006, a case management conference was held in this matter. No completed submissions having been received by the Court, and no appearance by or on behalf of the plaintiff having been made,

You are hereby ORDERED to appear on Monday, May 22, 2006, at 2:00 p.m., in Courtroom No. 15 on the 18th floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. The Honorable Marilyn Hall Patel will conduct a hearing on why this matter should not be dismissed for failure to obey an order of the court and for lack of prosecution.

Dated: May 3, 2006

MARILYN HALL PATEL
Judge, United States District Court