Bennett J. Lee, Esq. (SBN 230482)
Lauren Altman, Esq. (SBN 223470)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
One Sansome Street, Suite 1050
San Francisco, CA  94104
Tel. (415) 623-7000
Fax (415) 623-7001
blee@wthf.com
laltman@wthf.com

John A. Snow, Esq.
Thomas R. Barton, Esq.
VAN COTT, BAGLEY, CORNWALL & MCCARTHY
50 South Main Street, Suite 1600
Salt Lake City, Utah  84144
Telephone: (801) 532-3333
Facsimile: (801) 534-0058
jsnow@vancott.com

Attorneys for Plaintiffs SAFECO INS. CO. OF AMERICA
and OKLAND CONSTRUCTION CO., INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA, a Washington corporation, and OKLAND CONSTRUCTION COMPANY, INC., a Utah corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>NORTHERN CALIFORNIA INSTITUTE FOR RESEARCH AND EDUCATION, INC., a California non-profit corporation,<br><br>                    Defendant. | CASE NO. C 05-05437 MHP<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

///

///

///

1  NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiffs
2  SAFECO INSURANCE COMPANY OF AMERICA and OKLAND CONSTRUCTION COMPANY,
3  INC. voluntarily dismiss the above-captioned action without prejudice.

5  Dated: May 3, 2006                               WATT, TIEDER, HOFFAR
                                                    & FITZGERALD, L.L.P.

                                                    By: _____/s/_____
                                                    Bennett J. Lee, Esq.
                                                    Lauren Altman, Esq.
                                                    Attorneys for Plaintiffs SAFECO
                                                    INSURANCE COMPANY OF
                                                    AMERICA and OKLAND
                                                    CONSTRUCTION COMPANY, INC.

SF#10833.1

May 4, 2006

IT IS SO ORDERED
/s/
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA